# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MOUSSA HAROUN BAH, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LORETTA LYNCH, Attorney General )<br>of the United States of America, et al., )<br>)<br>Respondents. ) | CIVIL ACTION NO.<br>4:16-cv-0424-KOB-JEO |

## **MEMORANDUM OPINION**

This is a habeas corpus action under 28 U.S.C. § 2241.  It was filed by Petitioner Moussa Haroun Bah, an immigration detainee acting *pro se*, seeking his release from custody.  (Doc. 1); *see also generally Zadvydas v. Davis*, 544 U.S. 678 (2001).  The court concludes that the action is due to be dismissed as moot.

When Petitioner filed the action on March 14, 2016, he was being held on behalf of federal immigration authorities at the Etowah County Detention Center in Gadsden, Alabama.  On August 15, 2016, the court received a notice from Petitioner advising that he had been transferred to the Houston Contract Detention Facility in Houston, Texas.  (Doc. 7).  On November 16, 2016, the court mailed to Petitioner at that facility's address a copy of an order granting a motion filed by the Government asking for leave to substitute an attorney.  (*See* Doc. 9; Staff Note dated 11/16/2016).

On December 2, 2016, that mail was returned to the court, marked as undeliverable, with the notation, "detainee released from facility." (Doc. 10). That prompted the court to issue an order on December 5, 2016, requiring the petitioner to show cause in writing why this habeas action is not due to be dismissed as moot because the court can no longer provide "meaningful relief." *Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). A copy of that order to show cause has itself also been returned to the court with the notation that the detainee has been released from the facility. (Doc. 12). Further, the time in which the Petitioner was to have responded to the order to show cause has expired.

Because it appears that Petitioner has been released from custody, this habeas corpus action seeking his repatriation or release is due to be **DISMISSED** as **MOOT**. A separate Final Order will be entered.

**DONE**, this 21st day of December, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE